UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Jason E. Clark</u>

            v.                            Civil No. 06-cv-302-JD

<u>Town of Barnstead</u>

<u>ORDER OF DISMISSAL</u>
<u>as to Town of Barnstead only</u>

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed as to Defendant Town of Barnstead, the claims as to Defendant Town of Barnstead are herewith dismissed with prejudice.

SO ORDERED.

January 24, 2007                                /s/ Joseph A. DiClerico, Jr.
                                                            Joseph A. DiClerico, Jr.
                                                            United States District Judge

cc:      Counsel of Record